IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLE SHERRINE KNIPE,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 3:19-cv-00636-SB<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

Plaintiff's Motion is hereby granted as follows: Kevin Kerr is allowed an additional attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $9,720.75, to be paid out of the claimant's past-due benefits. Plaintiff's counsel shall refund the amount of $7,072.30 already received by counsel under the Equal Access to Justice Act, if counsel has not already done so.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to Kevn Kerr, using the information on file with the Agency, consistent with this order.

Dated this ____2nd____ day of __April_____, 2026.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge